UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS GARCIA,

    Plaintiff,

v.                                                   Case No. 8:25-cv-2227-TPB-SPF

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on October 22, 2025. (Doc. 14). Judge Flynn recommends that Plaintiff's Application to Proceed *In Forma Pauperis* and "Plaintiff's Motion for Expedited, Limited Discovery for Purposes of Preliminary Injunction" (Docs. 3; 10) be denied without prejudice. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the

magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 14) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiffs' Application to Proceed *In Forma Pauperis* (Doc. 3) is **DENIED** without prejudice to refiling should Plaintiff file an amended complaint.

(3) Plaintiff's Complaint (Doc. 1) is dismissed without prejudice and with leave to amend. Failure to file an amended complaint on or before **January 6, 2026**, may result in dismissal of this case with prejudice and without further notice.

(4) "Plaintiff's Motion for Expedited, Limited Discovery for Purposes of Preliminary Injunction" (Doc. 10) is **DENIED** without prejudice as set forth in the report and recommendation.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of December, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE